* * * * * * * * * * *
Paragraph 2 of the Award is HEREBY MODIFIED and AMENDED to read as follows:
"2. Defendants shall suspend payment of all benefits as of January 11, 2007, the date of the Opinion and Award filed by the Deputy Commissioner, and continuing during the pendency of the fraud investigation."
All other portions of the March 11, 2008, Opinion and Award shall STAND AS WRITTEN.
This the 31st day of March, 2008.
 S/___________________
 DANNY LEE McDONALD
 COMMISSIONER
 CONCURRING: *Page 2 
 S/_____________ LAURA KRANIFELD MAVRETIC COMMISSIONER
 S/_____________ PAMELA T. YOUNG CHAIR
 *Page 1